STACIA ROBERTO *v.* HONEYWELL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 161 (AC 14870), is denied.

*Paul W. Smith,* in support of the petition.

*Andrew J. O'Keefe,* in opposition.

Decided November 7, 1996

PETER DISCUILLO *v.* STONE AND WEBSTER ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 224 (AC 14863), is denied.

*Amy M. Stone,* in support of the petition.

*Lucas D. Strunk,* in opposition.

Decided November 7, 1996

STATE OF CONNECTICUT *v.* JACOB CRUMP

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 252 (AC 14555), is denied.

*Richard Emanuel,* assistant public defender, *Gwen E. Murray* and *Kyong C. Yi,* certified legal interns, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided November 7, 1996

---

*Superseded. See *Discuillo* v. *Stone & Webster,* 239 Conn. 953, 688 A.2d 325 (1996).